IN THE UNITED STATES DISTRICT COURT OF ILLINOIS

| | |
|---|---|
| Corey D. Richmond, Et al | ) |
| | ) 1:25-cv-13443 |
| *Plaintiff* | ) Judge Jeremy C. Daniel |
| | ) Magistrate Judge Keri L. Holleb Hotaling |
| Vs. | ) RANDOM CAT 2 |
| Equity Prime Mortgage, Midland | ) |
| Mortgage, et tal | ) |
| *Defendant(s)* | ) |

**FILED**
NOV 03 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**COMPLAINT FOR FRAUD, UNJUST ENRICHMENT, AND VIOLATION OF BANKING LAWS. ADDITIONALLY REQUEST MOTION FOR TEMPORARY RESTRAINING ORDER AND PERMANENT INJUNCTION.**

*Now Comes* Corey D. Richmond, Et al *Plaintiffs* and files this complaint against, **Equity Prime Mortgage, Midland Mortgage, et al**, *Defendant(s)* and alleges as follows:

INTRODUCTION:

1. This case concerns a **fraudulent banking scheme** in which **Defendants engaged by deceptive financial practices** by misrepsenting the nature of a purported loan, unlawfully monetizing Plaintiff's promissory note, and failing to credit the Plaintiff for funds legally owed under banking regulations.

2. **Defendants knowingly concealed** material **financial transactions,** including the conversion of **Plaintiff's Promissory Note** into a bank asset and the corresponding deposit liability held in Plaintiff's name.

1321

3. **Despite being paid in full through securitization and off-balance sheet activities.** Defendants continued to collect on a debt they no longer had legal standing to enforce, in violation of **12 U.S.C. §503, 12 U.S.C. §1847, and 18 U.S.C. §1005.**

4. Plaintiff now seeks **full financial accounting, damages for unjust enrichment, and declaratory relief voiding any fraudulent debt enforcement attempts.**

## PARTIES:

1. **Corey D. Richmond, Sui Juris**
   503 E. 40th Street
   Pine Bluff, Arkansas 71601
   (708) 690-7937     *Plaintiff*

2. **Equity Prime Mortgage**

   5 Concourse Parkway Queen Building Suite 2250

   Atlanta, Ga. 30328

   (855) 670-4941 *Defendant(s)*

4. **Midland Mortgage**

   999 NW Grand Blvd. Sutie 100

   Oklahoma City, Ok 73118

   (800) 552-3000   *Defendant(s)*

1322

## JURISDICTION AND VENUE:

5. This Court has Jurisdiction under **28 U.S.C. §1331** (Federal Question), as the case arises under federal Banking laws including but not limited to **12 U.S.C. §503, §1847, and 18 U.S.C. §1005.**

6. Venue is Proper in this District Pursuant to **28 U.S.C. §1391(B)**, as Defendants conduct Business and committed acts of Fraud within this Jurisdiction.

## IV.   PARTIES:

7. Plaintiff, is a State Resident of both Illinois and Arkansas due work status travels, and a Natural Person who entered into an alleged financial transaction with the Defendants.

8. Defendant(s), **Equity Prime Mortgage and Midland Mortgage**, are Financial Institution(s) Conducting business as a Foreign Financial Entity under **12 U.S.C. §632** and is restricted from engaging in certain transactions with U.S. Citizens. The Statutes in Congress never authorized National Banks to Contract with Private Citizens for Residential Mortgages inside of the several States.

9. Defendant's CEO and Officer is the CEO of the Bank/Lender and is responsible for overseeing fraudulent transactions.

10. Defendant's Law Firm Name is the legal representative attempting unlawful enforcement of a non-existent debt.

## V.    FACTUAL ALLEGATIONS:

A. The fraudulent financial transaction.

11. On [Loan Date: October 7th, 2022], Plaintiff executed Promissory Note under the assumption that Defendants were extending Lawful Consideration in form of a loan.
12. Instead of issuing Fund from its own capital reserves, Defendants monetized Plaintiff's Promissory Note, converting it into an asset recorded in their **RC Balance Sheet (Line 13).**

13. In Accodance with **12 U.S.C. §1847**, Defendans failed to disclose that they created credit using Plaintiff's Assets and failed to credit Plaintiff's Account for the equivalent liability, **recorded in RCE Line 7**, as an **accounts payable.**

B. SECURITIZATION & SETTLEMENT OF THE ALLEGED OBLIGATION.

14. Defendants engaged in deceptive accounting practices, not consistent with **GAAP**, moving the obligation off their balance sheet through securitization as evidenced by:

**Federal Reserve Form 2046 (CASH COLLATERAL ACCOUNT)**

**Federal Reserve Form 2049 (OFF-BALANCE SHEET LIABILITIES)**

**Federal Reserve Form 2099 (DEBT ACQUISITION DISCLOSURES)**

15. **EF end** and **RECEIVED FULL** payment for the obligation via investor funds, insurance claims, or government backed securities, yet continued to misrepresent the balance as due and owning.

16. This constitutes fraudulent double dipping (criminal malfeaseance) and unjust enrichment, in violation of **12 U.S.C. §508 and 18 U.S.C. § 1005.**

### C. THE ATTEMPTED UNLAWFUL COLLECTION.

17. Despite full settlement of the obligation Defendants engaged in aggressive collection tactics, including:
Reporting inaccurate balances to Credit Reporting Agencies.
Filing unlawful Foreclosure or Debt Collection Actions.
Demanding Payment on a Debt already settled.

18. These Acts Constitute Mail Fraud, Wire Fraud, and Violatins of **18 U.S.C. §1951 Extortion via Color of Law.**

### VI. CLAIMS FOR RELIEF

### COUNT 1: VIOLATION OF 12 U.S.C. §503 LIABILITY OF BANK OFFICERS AND DIRECTORS.

19. Defendants knowingly engaged in unlawful financial transactions, exposing them to personal liability under **12 U.S.C. §503.**

20. Defendants failed to credit Plaintiff's Account for the equivalent liability owed, as evidenced by **RCE** Line 7.

21. Plaintiff Seeks Full Financial Disclosure, Damages for unjust Enrichment, and personal liability for all Officers involved.

## COUNT 2: VIOLATION OF 18 U.S.C. §1005 FALSE BANK ENTRIES & FRAUDULENT TRANSACTIONS.

22. IF the Defendants an its knowingly falsified banking records by mis-representing ownership of Plaintiff's obligation.

23. Each false entry constitutes a Separate violation, carrying criminal penalties of up to **One Million Dollars Per Offense!**

24. Plaintiff Demands Immediate Forensic Accounting, Cancellation of unlawful debt, and referral to regulatory agencies.

## COUNT 3: UNJUST ENRICHMENT & FRAUDULENT CONVERSION.

25. Defendants unlawfully converted Plaintiff's asset into an investment vehicle failing to disclose financial gain.

26. Plaintiff Demands Full disgorgement of all funds obrtained through Fraudulent Securitization.

27. Every Mortgage is unlawful. Where there is no Statutory Authority and No Funded Collateral. The National Bank Act of 1864, The Federal Reserve Act of 1913 and even Garn Saint Germain in 1982, none of them inserted the words Citizens or General Public. What people owe is based on Fraud! Congress never gave Banks the Authority to Contract with Private Citizens. Inside the Several

1326

States for Residential Mortgages. So, I want this court to follow the law that means voiding an Agreement made without Authority, Quieting Title to my Property, Ordering Restitution of Payments I was deceived into making, and awarding Punitive Damages. I asking the Court to uphold the law and let chips fall where they may!

28. I signed with the belief that this was a Lawful Contract, <u>but discovered that Congress never granted these Banks authority to make residential loans to citizens inside of several states.</u> The Statutory Fact is the <u>National Bank Act of 1864 limited banks to holding real estate for their premises or debt satisfaction. The 1913 Federal Reserve Act authorized only Interbank Lending.</u> There is no statute ever authorized them to lend to Citizens for Private Residential Property. The issue is No Money ever changed hands. <u>What they call a loan was created by my own signature.</u> And under **12 U.S.C. §375(a) 75 (b) plus 12 CFR 75(b) plus 12 CFR part 2 (15)** any extension of credit must be backed by a 100% collateral cash deposit that collateral was was never funded without consideration therefore, there is no contract! And its not just this one clause the entire statutory framework Congress restricted them the Comptroller of the currency enforces it of the currency enforces it. If they can't produce authority from Congress and proof of the collateral deposit then by law there is no valid debt! <u>That makes this not just unenforceable, but fraudulent.</u> Therefore I am seeking the <u>Deed to my Property Free and Clear, Restitution of every payment I was Unlawfully Induced to make. Including interest and Insurance, and Punitive Damages of $5 Million Dollars.</u> Because fraud this systemic, knowingly inducing Citizens into Void Contracts demands punishment, for a mortgage that the Bank(s) has no Authority to offer. <u>Fraud vitiates everything, the Law leaves law breakers where it finds them, and this Court is Bound by its Oath, it cannot enforce a contract that never lawfully existed!</u>

1327

## VII. RELIEF REQUESTED:

**Wherefore, Plaintiff demands judgment against Defendants, as follows:**

1. Immediate Forensic Accounting of Transactions related to Plaintiff's alleged obligation.

2. Declaratory Relief voiding Fraudulent Debt Collection Claims.

3. Return of Any Mis-Appropriated Funds.

4. Treble Damages for unjust Enrichment.

5. Punitive Damages to deter future Banking Fraud.

6. Referral of all fraudulent banking practices to the Office of the Comptroller of the Currency, The Federal Reserve Board, The SEC, and the Attorney General.

1328

## VIII. DEMAND FOR TRIAL BY JURY

PLAINTIFF DEMANDS A JURY TRIAL ON ALL CLAIMS SO TRIABLE.

Respectfully submitted,

Corey D. Richmond, Sui Juris

16300 Greenwood Avenue

South Holland, Illinois 60473

(708) 690-7937

1329

# CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that on the ___ day of _____, 2025, I will hand deliver/ or by Certified Mail the foregoing document to the following:.

EQUITY PRIME MORTGAGE

5 CONCOURSE PARKWAY QUEEN BUILDING SUITE 2250

ATLANTA, GA. 30328

MIDLAND MORTGAGE

999 NW GRAND BLVD. SUITE 100

OKLAHOMA CITY, OK. 73118

_____

Corey D. Richmond, Sui Juris

16300 Greenwood Avenue

South Holland, Illinois 60473

(708) 690-7937

1330